UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GARDEN RIDGE CORPORATION et al., | Bankr. Case No.: 04-10324 (KJC) |
| Debtors. | Jointly Administered |
| GARDEN RIDGE, L.P., | Bankr. Adv. Proc.: 06-50558 (KJC) |
| Plaintiff, | |
| v. | C.A. 06-516 GMS |
| DANIEL FERGUSON, | |
| Defendant. | |

**ORDER**

AND NOW, this 31st day of August, 2006, upon consideration of the *Motion Of Daniel Ferguson For Withdrawal Of The Reference To The Bankruptcy Court And Demand For Jury Trial*, and after notice and hearing thereon, and for good cause shown,

IT IS HEREBY

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the reference of this Adversary Proceeding to the United States Bankruptcy Court for the District of Delaware is hereby withdrawn.

BY THE COURT:

_____
J.