# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6705
DIRECT FAX: (302) 576-3280
jbarry@ycst.com

LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

October 31, 2006

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Re:   *Garden Ridge, L.P. v. Daniel Ferguson,* Case No. 06-CV-00516 (GMS) (D. Del. 2006).

Dear Your Honor:

My Firm represents the plaintiff in the above-referenced civil action (the "Civil Action"). William Sullivan, Esq. represents the defendant. Mr. Sullivan has authorized me to transmit this letter to Chambers on behalf of both parties to bring to Your Honor's attention a procedural matter requiring the Court's attention.

The Civil Action was originally filed as an adversary proceeding in the plaintiff's currently-pending chapter 11 bankruptcy case. Following an attempt by the parties to mediate all pending matters between them, the defendant filed motions to withdraw the reference to the Bankruptcy Court (the "Withdrawal Motion") and a motion to determine whether the Civil Action was a core proceeding under the Bankruptcy Code (the "Core Motion," and together with the Withdrawal Motion, the "Motions"). The parties thereafter engaged in negotiations regarding the Motions.

While the parties were negotiating a consensual resolution to the Motions, the Clerk of the Bankruptcy Court transmitted the Withdrawal Motion to this Court for a ruling. Counsel to the plaintiff promptly contacted the Bankruptcy Court Clerk regarding the ongoing negotiations and was advised that, upon the filing of a stipulation advising the Bankruptcy Court of the ongoing negotiations, the Clerk of the Bankruptcy Court would take action to withdraw

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
October 31, 2006
Page 2

the Withdrawal Motion from consideration by this Court and close the docket in this Court. Notwithstanding counsel's compliance with the Bankruptcy Court Clerk's instructions, the docket in this Court remained open and on August 31, 2006, this Court entered an order withdrawing the reference of the Civil Action to the Bankruptcy Court.

The parties continued their negotiations regarding the Motions and on October 6, 2006, the parties filed and submitted to Chambers the *Stipulation and Order Regarding Motion of Daniel Ferguson for Withdrawal of the Reference to the Bankruptcy Court and Demand for Jury Trial and the Motion of Daniel Ferguson to Determine Core or Non-Core Status* (the "Stipulation"). The Stipulation proposed to do two things. First, the parties agreed that this Court's August 31, 2006 order withdrawing the Civil Action from the Bankruptcy Court to this Court should be vacated, in light of the procedural errors by the Bankruptcy Court leading to entry of that order as well as the parties' ongoing negotiations regarding a consensual withdrawal of the reference (as set forth more fully in the Stipulation). Second, the parties agreed to withdrawal of the reference to the Bankruptcy Court under the terms set forth in the Stipulation, effective upon approval of the Stipulation.

On October 13, 2006, this Court approved the Stipulation. However, notwithstanding that the Stipulation, as approved, withdraws the reference of the Civil Action to the Bankruptcy Court, the Civil Action docket was closed. Therefore, the parties jointly request that the Court instruct the Clerk of the Court to re-open the docket in the Civil Action so that the Civil Action may proceed before this Court. We apologize for any confusion created by the fact that the Stipulation, while vacating the Court's earlier order, served to achieve the same result – withdrawal of the reference of this matter to the Bankruptcy Court – but on consensual grounds.

As always, counsel are available should Your Honor have any questions or comments concerning the foregoing.

Respectfully submitted,

Joseph M. Barry

Enclosure

cc:   Clerk of the United States District Court
      Pauline K. Morgan, Esquire
      William D. Sullivan, Esquire

DB02:5586050.1                                                                064397.1001