IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GARDEN RIDGE CORPORATION, *et al.*, | ) | Case No. 04-10324 (KJC) |
| | ) | |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| GARDEN RIDGE, L.P., | ) | |
| | ) | Civil Action No. 06-516 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| DANIEL FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF GARDEN RIDGE, L.P.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

  Plaintiff Garden Ridge, L.P. (the "Plaintiff") respectfully moves the Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment in its favor (the "Motion for Summary Judgment") with respect to Counts III and IV of the Plaintiff's Complaint filed in this action on March 7, 2006 (the "Complaint") for the reasons set forth in the Plaintiff's accompanying Opening Brief in Support of Plaintiff's Motion for Summary Judgment (the "Opening Brief") and Affidavit of Joseph M. Barry.

  WHEREFORE, for the reasons set forth more fully in the Opening Brief, the Plaintiff respectfully requests that this Court enter an order (i) granting summary judgment with respect to Count III of the Complaint in the amount of $278,033.72, plus interest at the rate of 2.75% per annum from November 1, 2006 until such judgment is paid in full; (ii) granting

summary judgment with respect to Count IV of the Complaint; and (iii) granting such other and further relief as is just and proper under the circumstances.

Dated: November 17, 2006
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Pauline K. Morgan (No. 3650)
Joseph M. Barry (No. 4221)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

– and –

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Justin G. Brass
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Counsel for the Plaintiff

2

## CERTIFICATE OF SERVICE

I, Joseph M. Barry, Esquire, hereby certify that I am not less than 18 years of age and that on November 17, 2006, I caused a copy of the attached document to be served on the following party by Hand Delivery:

> William D. Sullivan, Esq.
> William D. Sullivan, LLC
> 4 East 8th Street, Suite 400
> Wilmington, DE 19801
>
> Counsel for Daniel Ferguson

Joseph M. Barry (Delaware Bar No. 4221)

Dated: November 17, 2006